1  FAGEN FRIEDMAN & FULFROST, LLP
   Milton E. Foster III, SBN 250357
2  mfoster@f3law.com
   Nathaniel Rosilez, SBN 339229
3  nrosilez@f3law.com
   4160 Temescal Canyon Road, Suite 610
4  Corona, California 92883
   Phone: 951.215.4900
5  Fax: 951.215.4911

6  Attorneys for Defendants

7  ADVOCATES FOR FAITH & FREEDOM
   Robert H. Tyler (SBN 179572)
8  btyler@faith-freedom.com

9  Julianne Fleischer (SBN 337006)
   jfleischer@faith-freedom.com
10 25026 Las Brisas Road
11 Murrieta, California 92562
   Telephone:  (951) 600.2733
12
   Attorneys for Attorneys for Plaintiffs
13

14          **IN THE UNITED STATES DISTRICT COURT**

15       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17 | T.S., a minor by and through her father and natural guardian, RYAN STARLING; and K.S., a minor by and through her father and mother and natural guardians, DANIEL SLAVIN and CYNTHIA SLAVIN; | Case No.:  5:24-cv-02480 SSS (SPx) |
18 | | |
19 | | **ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT** |
20 |             Plaintiff(s) | |
21 |        v. | |
22 | RIVERSIDE UNIFIED SCHOOL DISTRICT; LEANN IACUONE, Principal of Martin Luther King High School, in her personal and official capacity; and AMANDA CHANN, Assistant Principal and Athletic Director of Martin Luther King High School, in her personal and official capacity; | |
23 | | |
24 | | |
25 | | |
26 | | |
27 |             Defendant(s) | |
28 | | |

1     **TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF**

2 **RECORD HEREIN**:

3     Upon consideration of the Parties' Stipulation for Third Extension of Time to

4 File Responsive Pleading, and good cause appearing therefor, this Court rules as

5 follows:

6     The deadline for Defendants to file their response to Plaintiffs' Complaint is

7 extended to January 27, 2025. Insofar as Plaintiff files an Amended Complaint before

8 that date, Defendants' responsive pleading will be due pursuant to the Federal Rules

9 of Civil Procedure.

10     **IT IS SO ORDERED**:

11

12 Dated: January 17, 2025

13                    Sunshine S. Sykes
                        U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER