FAGEN FRIEDMAN & FULFROST, LLP
Milton E. Foster III, SBN 250357
mfoster@f3law.com
Nathaniel Rosilez, SBN 339229
nrosilez@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for Defendants

ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler (SBN 179572)
btyler@faith-freedom.com
Julianne Fleischer (SBN 337006)
jfleischer@faith-freedom.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600.2733

Attorneys for Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.S., a minor by and through her father and natural guardian, RYAN STARLING; and K.S., a minor by and through her father and mother and natural guardians, DANIEL SLAVIN and CYNTHIA SLAVIN;<br><br>       Plaintiff(s)<br><br>    v.<br><br>RIVERSIDE UNIFIED SCHOOL DISTRICT; LEANN IACUONE, Principal of Martin Luther King High School, in her personal and official capacity; and AMANDA CHANN, Assistant Principal and Athletic Director of Martin Luther King High School, in her personal and official capacity;<br><br>       Defendant(s) | Case No.:  5:24-cv-02480 SSS (SPx)<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT** |

1

ORDER

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Upon consideration of the Parties' Stipulation for Fourth Extension of Time to File Responsive Pleading, and good cause appearing therefor, this Court rules as follows:

The deadline for Defendants to file their response to Plaintiffs' Complaint is extended to January 31, 2025. Insofar as Plaintiff files an Amended Complaint before that date, Defendants' responsive pleading will be due pursuant to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**:

Dated: January 30, 2025

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE