[Exempt From Filing Fee
Government Code § 6103]

FAGEN FRIEDMAN & FULFROST, LLP
Milton E. Foster III, SBN 250357
mfoster@f3law.com
Nathaniel Rosilez, SBN 339229
nrosilez@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for RIVERSIDE UNIFIED SCHOOL DISTRICT, AMANDA CHANN, and LEANN IACUONE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SAVE GIRLS' SPORTS, an unincorporated California association; T.S., a minor by and through her father and natural guardian, RYAN STARLING, individually, and on behalf of all others similarly situated; and K.S., a minor by and through her father and mother and natural guardians, DANIEL SLAVIN and CYNTHIA SLAVIN, individually, and on behalf of all others similarly situated;<br><br>             Plaintiffs,<br><br>      vs.<br><br>TONY THURMOND, in his official capacity as State Superintendent of Public Instruction; ROB BONTA, in his official capacity as State Attorney General; RIVERSIDE UNIFIED SCHOOL DISTRICT; LEANN IACUONE, Principal of Martin Luther King High School, in her personal and official capacity; and AMANDA CHANN, Assistant Principal and Athletic Director of Martin Luther King High School, in her personal and official capacity,<br><br>             Defendants. | CASE NO. 5:24-cv-02480-SSS (SPx)<br><br>**DECLARATION OF MILTON E. FOSTER III IN SUPPORT OF MOTION TO DISMISS**<br><br>The Hon. Sunshine Suzanne Sykes<br><br>Trial Date:      None Set<br><br>*(Filed concurrently with 1) Motion to Dismiss Complaint; 2) Request for Judicial Notice; 3) [Proposed] Order)* |

I, Milton E. Foster III, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Fagen Friedman & Fulfrost, LLP, attorneys of record for RIVERSIDE UNIFIED SCHOOL DISTRICT ("District"), DR. LEANN IACUONE, and AMANDA CHANN. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. Exhibit A attached to this Declaration is a true and correct copy of the Mt. SAC Cross Country Invite High School Division Course Map.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2025, at Corona, California.

*[signature]*

Milton E. Foster III

# Exhibit A





# MAP LEGEND
## HIGH SCHOOL DIVISION

## MAP LEGEND

 **PARKING LOTS**
XC Invite Parking (Team Vans/Buses only in Lot F)

**WALKING PATHS**
Green within stadium/Orange outside stadium gates

 **ACCESS TO OPEN AREA**

 **BRIDGE/OVERPASS**

 **BLOCKED ACCESS**

 **MEDICAL - ATHLETIC TRAINING ROOM**
Medical staff stationed throughout course

 **RESTROOMS**

 **TEAM BUS PARKING**
Lot L

② **TEAM CHECK-IN**
Packet Pick-Up

③ **TEAM CAMP AREA/ACCESS POINTS**
Team Camps are on the 1st floor of the Champions Parking Structure and on the field behind the scoreboard

④ **PROBLEM SOLVING SHED**
Questions and issues resolved here!

⑤ **WARM-UP**
Warm-ups area is on the track or on first floor of Champions Parking Structure

⑥ **CLERK OF THE COURSE**
Check-In 10 minutes prior to race

⑦ **SOUVENIR SALES**

⑧ **AWARDS**
Top 3 Teams in each race (after results are posted)

⑨ **EXPO AREA**

 **OFF LIMITS AREAS**
Coaches allowed on the westside of the airstrip.
Staff Only on airstrip asphalt, stadium track/field.

## COURSE MAP LEGEND

 **START LINE**

 **FINISH LINE**

 **COURSE PATH**

 **FIRST MILE**

 **SECOND MILE**

 **THIRD MILE**

 **MILE MARKERS**

 **HALF MILE MARKERS**

## TEAM ARRIVAL PROTOCOL

1. **PARKING (1)**
   All school vehicles (vans or buses) must park in Lot F. No parking charge for marked school vehicles and school buses in this lot ONLY.
2. **ENTERING THE STADIUM (2)**
   Coaches and athletes must enter through the Team Check in Gate (2).
3. **TEAM CAMP/TEAM CAMP ACCESS (3)**
   Setup your team camp in:
   1. **Designated** areas on the field behind the scoreboard
   2. On the first floor of the Champions Parking Structure.
   3. In the stadium East or West upper levels.
   Tents/umbrellas are ONLY ALLOWED on the upper level of the EAST BLEACHERS (opposite side of the pressbox).

# PROOF OF SERVICE

**T.S. and K.S. v. Riverside Unified School District, et al.**
**Case No. 5:24-cv-02480-SSS (SPx)**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 4160 Temescal Canyon Road, Suite 610, Corona, CA 92883.

On February 28, 2025, I served true copies of the following document(s) described as **DECLARATION OF MILTON E. FOSTER III IN SUPPORT OF MOTION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| Robert Tyler<br>Julianne Fleischer<br>ADVOCATES FOR FAITH & FREEDOM<br>25026 Las Brisas Road<br>Murrieta, CA 92562<br>Telephone: (951) 600-2733<br>btyler@faith-freedom.com<br>jfleischer@faith-freedom.com | Attorneys for Plaintiffs T.S. and K.S. |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lspencer@f3law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2025, at Corona, California.

*Lisa Spencer*
Lisa Spencer

---

DECLARATION OF MILTON E. FOSTER III IN SUPPORT OF MOTION TO DISMISS