UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S., et al.,<br><br>                     Plaintiff/s,<br><br>    v.<br><br>RIVERSIDE UNIFIED SCHOOL DISTRICT; et al.,<br><br>                     Defendant/s. | Case No. 5:24-cv-02480-SSS (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT (Doc. #69)**<br><br>**NOTE CHANGES MADE BY COURT** |

      On October 13, 2025, Plaintiffs and Defendants filed a Joint Stipulation to extend the time for Plaintiffs to file a Second Amended Complaint following the Court's Order on September 24, 2025 (ECF No. 68) and for Defendants to extend the time to file their responsive pleading. Pursuant to the parties' Joint Stipulation, the deadline for Plaintiffs to file a Second Amended Complaint would be extended by fourteen (14) days from October 15, 2025, to October 29, 2025, and the deadline for Defendants to file their responsive pleading would be likewise extended by fourteen

1

1  (14) days from the regular deadline set by the Federal Rules of Civil Procedure, thereby making Defendants' deadline for responsive pleading November 26, 2025.

The Joint Stipulation was agreed upon to permit Plaintiffs sufficient time to prepare a Second Amended Complaint in light of their counsels trial schedule and travel commitments, and to permit an equitable extension of time for Defendants to prepare their responsive pleadings due to State Defendants' counsels scheduling and travel conflicts in November, and to permit the parties sufficient time to prepare their pleadings in light of important and complex issues of state and federal law that may impact the rights of Californians statewide.  The Stipulation does not constitute a waiver or any claim, right, or defense.

The court, having considered Plaintiffs' and Defendants' Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs may file and serve a Second Amended Complaint on or before October 29, 2025;

2. Plaintiffs are further DIRECTED to file contemporaneously therewith a Notice of Lodging to the Second Amended Complaint that provides the Court with a redline version that shows the amendments.  An additional copy of this redlined version must be provided to Chambers by email at SSS_Chambers@cacd.uscourts.gov on the same day it is filed electronically; and

3. Defendants may file their responsive pleading on or before November 26, 2025.

IT IS SO ORDERED.

Dated: October 16, 2025

_____
SUNSHINE S. SYKES
United States District Judge