ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler (SBN 179572)
btyler@faith-freedom.com
Julianne Fleischer (SBN 337006)
jfleischer@faith-freedom.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 304-7583

Attorneys for Plaintiffs

FAGEN FRIEDMAN & FULFROST, LLP
Milton E. Foster III, SBN 250357
mfoster@f3law.com
Nathaniel Rosilez, SBN 339229
nrosilez@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE GIRLS' SPORTS, an unincorporated California association; et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIVERSIDE UNIFIED SCHOOL DISTRICT; et al, <br><br> Defendants. | Case No. 5:24-cv-02480-SSS-(SPx) <br><br> **JOINT STATUS REPORT RE CLARIFICATION OF REMAINING CLAIMS AGAINST DEFENDANTS** |

1

JOINT STATUS REPORT RE CLARIFICATION OF REMAINING CLAIMS AGAINST DEFENDANTS

Plaintiffs SAVE GIRLS' SPORTS, an unincorporated California association; T.S., a minor by and through her father and natural guardian, RYAN STARLING, individually, and on behalf of all others similarly situated; and K.S., a minor by and through her father and mother and natural guardians, DANIEL SLAVIN and CYNTHIA SLAVIN, individually, and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendants RIVERSIDE UNIFIED SCHOOL DISTRICT (the "District"), LEANN IACUONE, and AMANDA CHANN (collectively, "School Defendants"), by and through their respective counsel of record, respectfully submit this Joint Status Report to clarify the claims that remain pending against School Defendants in this action.

On May 6, 2026, the Court issued its most recent order, ECF No. 111, stating, "Based on the Court's review of the action, it appears the only remaining cause of action is Claim 4 against School Defendants. [*See* Dkt. No. 68 at 15–16]." ECF No. 111, Page ID#: 1385. The parties respectfully submit that this statement appears to have been inadvertent and does not reflect the procedural posture established by the Court's prior rulings.

As relevant here, in its order on the District's December 12, 2025, motion to dismiss, ECF No. 91, the Court dismissed the entire action, including Claims 1 through 6. Thereafter, on reconsideration, the Court reinstated Claims 1 through 6. ECF No. 96, Page ID #: 1226–27 ("Claims 1-4 of the SAC may proceed in the action."); *id.* at 1227 ("Claims 5 and 6 may proceed only as to their request for monetary damages.").

Following that ruling, School Defendants filed a subsequent motion to dismiss on March 27, 2026, directed only at Claims 5 and 6. ECF No. 98. In its most recent order granting in part and denying in part that motion, the Court held: "School Defendants' Motion to Dismiss is GRANTED as to Claims 5 and 6." ECF No. 111, Page ID #: 1385. Claims 1 through 3 were not addressed in that order. The order

JOINT STATUS REPORT RE CLARIFICATION OF REMAINING CLAIMS AGAINST DEFENDANTS

nevertheless further stated that "it appears the only remaining cause of action is Claim 4 against School Defendants." *Id.*

Accordingly, based on the Court's order on reconsideration (ECF No. 96) and the scope of the subsequent motion practice, the parties understand that the claims presently remaining against School Defendants are Claims 1, 2, 3, and 4.  Claims 1, 2, and 3 are stated against Defendants Dr. Leann Iacuone and Amanda Chann.  Claim 4 is stated against the District.

The parties respectfully submit this report so that the docket accurately reflects the operative claims remaining for adjudication and so that future proceedings may be conducted on a clear record.

DATED:  May 12, 2026          ADVOCATES FOR FAITH & FREEDOM

By:/s/ Julianne Fleischer
Julianne Fleischer, Esq.
Attorneys for Plaintiffs


DATED: May 12, 2026           FAGEN FRIEDMAN & FULFROST, LLP

By:/s/ Milton E. Foster
Milton E. Foster III, Esq.
Attorneys for Riverside Unified School
District, Leann Iacuone, and Amanda Chann

JOINT STATUS REPORT RE CLARIFICATION OF REMAINING CLAIMS AGAINST DEFENDANTS